**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| Scott E. Bradley | : | JUDGE Preston |
| Veronica R. Bradley | : | CHAPTER 13 |
| Debtor(s) | : | CASE NO: 10-51565 |

**NOTICE OF ADDRESS CHANGE**

Now comes Debtor(s), Scott E. and Veronica R. Bradley, by and through counsel and hereby changes their address to be, Scott E. Bradley's is 1224 E. 104th St., Indianapolis, IN 46280 and Veronica Bradley's is 760 39th Street, Ashland, KY 41101 .

Respectfully submitted,

/s/ Andrew Yiangou
**Andrew Yiangou (#0056146)**
Attorney for Debtor(s)
3099 Sullivant Avenue
Columbus, OH 43204
Phone: 614-279-8276
Fax: 614-308-0613
bankruptcy@byattorneys.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and exact copy of the foregoing document has been duly served upon the parties listed below electronically through the Court's ECF system at the e-mail address registered with the Court today, April 14, 2015**.**

/s/ Andrew Yiangou
**Andrew Yiangou (#0056146)**
Attorney for Debtor(s)

**Parties Served Electronically:**

U.S. Trustee
Frank M. Pees, Chapter 13 Standing Trustee